## KAHN v. BAUER, Treasurer.

### No. 11,764; December 22, 1886.

#### 12 Pac. 477.

**Mandamus—Motion to Quash—Affidavit for.—**On a motion to quash a writ of mandamus compelling a state officer to redeem certain bonds in accordance with a state law, an affidavit which states, in substance, that the validity of the bonds had been passed on in the United States courts is insufficient.

Motion to quash alternative writ of mandate.

An alternative writ of mandate had issued in this case, compelling defendant to advertise for the redemption of the Montgomery avenue bonds, as provided in the act of April

1, 1872 (Stats. 1871–72, p. 919). A motion was made to quash the writ, based on an affidavit which stated, in substance, that the validity of the bonds in question had been passed on in other actions by the circuit court of the United States, and also that a writ of error was pending in the supreme court of the United States.

D. M. Delmas for petitioner; John L. Love and P. G. Galpin for respondent.

By the COURT.—The facts stated in the affidavit on which the motion to quash the writ heretofore issued in this case is made are insufficient to authorize this court to grant the motion.

The motion must be denied, with leave to respondent to answer within ten days.